IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW ROSS, JR.,[*] | § | |
| | § | No. 75, 2017 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware, |
| v. | § | in and for Kent County |
| | § | |
| JACKIE LONG, | § | File No. CK06-01392 |
| | § | Pet. Nos. 14-34364, 16-10165 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: July 28, 2017
Decided: August 7, 2017

**O R D E R**

This 7th day of August 2017, it appears to the Court that:

(1)    On June 8, 2017, the Clerk issued a notice directing the appellant, Matthew Ross, Jr., to show cause why this appeal should not be dismissed for Ross' failure to file the opening brief.  On June 9, 2017, Ross requested and was granted a thirty-day extension of time to file the brief.

(2)    By letter dated June 14, 2017, the Clerk advised Ross that the notice to show cause would be held in abeyance pending his filing of the opening brief by the extended deadline of July 10, 2017.  When Ross did not file his opening brief by the

---

[*] The Court assigned pseudonyms to the parties under Supreme Court Rule 7(d).

July 10 deadline, the Clerk issued a letter on July 12, 2017, notifying Ross that if he failed to file the brief by July 27, 2017, the appeal would be dismissed as unopposed.

(3)     Ross has filed nothing further in this case and has not filed the opening brief.    Under these circumstances, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 29(b) and 3(b)(2), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice